IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:22-cv-417-FL

ATRIUM WINDOWS AND DOORS, INC., operating at relevant times under its assumed brand name SUPERIOR WINDOWS AND DOORS,

    Plaintiff,

v.

GREAT WEST CASUALTY COMPANY and SALEM CARRIERS, INC.,

    Defendants.

## ORDER GRANTING PLAINTIFF'S CONSENT MOTION TO REMAND FOR LACK OF SUBJECT MATTER JURISDICTION

IT IS HEREBY ORDERED THAT Plaintiff's Consent Motion to Remand for Lack of Subject Matter Jurisdiction is GRANTED and this action is REMANDED to the North Carolina General Court of Justice, Superior Court Division, Wake County, as Case No. 22-CVS-011378.

Signed this 27th day of January, 2023

                                              Honorable Louise Wood Flanagan
                                              United States District Judge