UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ATRIUM WINDOWS AND DOORS, INC. )<br>operating at relevant times under its assumed brand )<br>name Superior Windows and Doors )<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>GREAT WEST CASUALTY COMPANY and )<br>SALEM CARRIERS, INC. )<br>Defendants ) | **JUDGMENT**<br><br>No. 5:22-CV-417-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, upon consideration of the plaintiff's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 27, 2023, more particularly described therein, that the captioned action be and hereby is remanded to Wake County Superior Court.

**This Judgment Filed and Entered on January 27, 2023, and Copies To:**
Jackson Wyatt Moore / Jang H. Jo (via CM/ECF Notice of Electronic Filing)
Walter E. Brock, Jr. (via CM/ECF Notice of Electronic Filing)
The Honorable Frank Williams (via U.S. Mail at Wake County Clerk of Superior Court,
P. O. Box 351, Raleigh, NC 27602)

January 27, 2023                    PETER A. MOORE, JR., CLERK

                                     /s/ Sandra K. Collins
                                    (By) Sandra K. Collins, Deputy Clerk